UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Brian Whitaker,** | ) | Case No. 2:19-cv-09660-FMO-JEM |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| **Steven J. Gerschultz,** et al., | ) | |
| Defendants. | ) | |

GOOD CAUSE SHOWN, and pursuant to the agreement of the parties, Judgment is entered in favor of Plaintiff and against Defendant Kalen R Franklin, in the amount of $8182.00.

Date: November 20, 2020

/s/
Hon. Fernando M Olguin
US DISTRICT JUDGE

1

Proposed ORDER JEM                                           2:19-cv-09660-FMO-JEM